UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Brian R. Martinotti, U.S.M.J. |
| v. | : | Crim. No. 19-811 |
| FREDDIE MIMS | : | **ORDER FOR DISMISSAL** |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Philip R. Sellinger, the United States Attorney for the District of New Jersey, (by Megan Linares, Assistant United States Attorney, appearing) hereby dismisses the Superseding Indictment, Crim. No. 19-811, which was filed on January 24, 2020, against FREDDIE MIMS, charging the defendant with conspiracy to distribute and possess with intent to distribute 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, contrary to Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B), in violation of Title 21, United States Code, Section 846; and distribution of a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C),

because further prosecution of these charges is not in the interests of the United

States at this time.

This dismissal is without prejudice.


PHILIP R. SELLINGER
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.


HONORABLE BRIAN R. MARTINOTTI
United States Magistrate Judge

Dated:  March 15th, 2024